**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-00704-LTB

RONALD GALBRAITH,

       Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC, a Kansas limited liability company,

       Defendant.

_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 10 - filed June 30, 2012), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                 BY THE COURT:

                                 _s/Lewis T. Babcock_
                                 Lewis T. Babcock, Judge

DATED:   July 5, 2012